**KILPATRICK TOWNSEND &
STOCKTON LLP**
Olivia Harris (OH 1983)
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
oharris@kilpatricktownsend.com

Gregory S. Gilchrist (*pro hac* application to be submitted)
Ryan Bricker (*pro hac* application to be submitted)
Gia L. Cincone (*pro hac* application to be submitted)
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
ggilchrist@kilpatricktownsend.com
rbricker@kilpatricktownsend.com
gcincone@kilpatricktownsend.com

*Attorneys for Defendant
LEVI STRAUSS & CO.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| J. BARBOUR & SONS LTD., and BARBOUR INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LEVI STRAUSS & CO.,<br><br>　　　　　Defendant. | Civil Action No. 18-CV-5195 (LAP)<br><br>**NOTICE OF MOTION** |

　　　　**PLEASE TAKE NOTICE**, upon the Memorandum of Law in Support of Defendant

Levi Strauss & Co.'s Motion to Dismiss this action, dated July 5, 2018; the Declaration of Calla

E. Yee, dated on July 5, 2018, and accompanying exhibits; and all prior pleadings and

proceedings had herein; Defendant Levi Strauss & Co. ("LS&Co."),  by and through their

undersigned attorneys, will move this Court, before the Honorable Loretta A. Preska, at the

United States Courthouse, 500 Pearl Street,  New York, New York 10007, at a date and time to

be designated by the Court, for an Order pursuant to 28 U.S.C. §1404, to Dismiss, Stay, or Transfer Venue to the Northern District of California; and for such other and further relief as deemed just and proper by this Court.

**PLEASE TAKE FURTHER NOTICE**, that any opposing and answering memoranda to this motion shall be served within fourteen (14) days after service of the moving papers pursuant to Local Rule 6.1(b).

Dated: July 5, 2018

        Respectfully submitted,

        KILPATRICK TOWNSEND & STOCKTON LLP

        By: /s/ Olivia Harris
        Olivia Harris (OH 1983)

        1114 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 775-8700
        Facsimile: (212) 775-8800
        oharris@kilpatricktownsend.com

        Gregory S. Gilchrist
        (*pro hac* application to be submitted)
        Ryan Bricker
        (*pro hac* application to be submitted)
        Gia L. Cincone
        (*pro hac* application to be submitted)
        Two Embarcadero Center, Suite 1900
        San Francisco, CA 94111
        Telephone: (415) 576-0200
        Facsimile: (415) 576-0300
        ggilchrist@kilpatricktownsend.com
        rbricker@kilpatricktownsend.com
        gcincone@kilpatricktownsend.com

        *Attorneys for Defendant*
        *LEVI STRAUSS & CO.*