UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
J. BARBOUR & SONS LTD. and BARBOUR　:
INC.,                               :
            Plaintiffs,             :    18-CV-5195 (LAP)
                                    :
    -against-                       :
                                    :    ORDER
                                    :
LEVI STRAUSS & CO.,                 :
                                    :
            Defendant.              :
                                    :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

   For the reasons set forth on the record today, Defendant's Motion to Dismiss the Complaint [dkt. no. 10] is granted.

   The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED.

Dated:    New York, New York
          January 30, 2019

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge

1